Decided July 21, 1999

### STATE OF CONNECTICUT *v.* TERRANCE STEVENSON

The defendant's petition for certification for appeal from the Appellate Court, 53 Conn. App. 551 (AC 18159), is denied.

*Pamela S. Nagy,* assistant public defender, in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided July 21, 1999